BEFORE: VIKTOR V. POHORELSKY          DATE:        1/31/14
             U.S. MAGISTRATE JUDGE         START TIME:  5:00 p.m.
                                                     END TIME:    5:15 p.m.

DOCKET NO.   CV-12-5242; CV-13-4233          JUDGE:       KAM

CASE NAME:   Alexander v. City of New York, et al.
                          Jones v. City of New York, et al.

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiff    Robert Georges (Alexander/Lloyd), Joshua Fitch (Jones)
                        Defendant   Uri Abt

SCHEDULING AND RULINGS:

1.  The plaintiffs have made settlement demands which the defendants are now reviewing and they expect to respond next week.  Otherwise, all counsel have agreed that depositions will be taken beginning on March 10, 2014 and continuing to completion that week.

2.  The next conference will be held by telephone on **April 4, 2014 at 3:15 p.m.**, to be initiated by counsel for the plaintiffs Alexander and Lloyd (Chambers: 718-613-2400).